MARY A. APGAR, Respondent, *v.* ELLEN CONNELL, Appellant.

Appeal from an order, entered in the New York county clerk's office on the 12th day of March, 1912, denying leave to serve a supplemental answer.

PER CURIAM : When the motion herein was made, a valid final judgment in the action had been entered, and, therefore, no amendment of the pleadings was proper. The order appealed from must be affirmed, with ten dollars costs and disbursements. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Miller, JJ. Order affirmed, with ten dollars costs and disbursements.

---

ABRAHAM LEOPOLDSTADT, Appellant, *v.* MAURICE KANN, Respondent.

Appeal from an order of the Special Term, entered in the New York county clerk's office on the 16th day of February, 1912, denying a motion for leave to serve an amended complaint.

PER CURIAM : The plaintiff should have been permitted to amend his complaint. Although he has been a little slow in discovering the deficiencies of his present complaint, there is no suggestion that he has been guilty of bad faith. (*Muller* v. *City of Philadelphia*, 113 App. Div. 92; *People* v. *Ostrander*, 144 id. 860.) The order appealed from must, therefore, be reversed, with ten dollars costs and disbursements, and the motion granted upon payment by plaintiff of thirty dollars trial fee and ten dollars costs of motion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Miller, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted on payment by plaintiff of thirty dollars trial fee and ten dollars costs of motion.